IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ROBERT STRINGER, | ) | |
| Plaintiff, | ) ) ) | 2:21-CV-00547-CRE |
| vs. | ) ) | |
| C/O BRIAN HENDERSON, C/O JEREMY BENNETT, C/O DAY, | ) ) ) ) | |
| Defendants, | ) ) | |

**ORDER**

AND NOW, this 24th day of January, 2022,

Upon consideration of Defendants' motion to dismiss (ECF No. 15), it is HEREBY ORDERED that said motion is GRANTED and Plaintiff's First Amendment access to courts claim is dismissed with prejudice.

IT IS FURTHER ORDERED that the following claims remain against the following Defendants: (1) an Eighth Amendment failure to protect claims pursuant to 42 U.S.C. § 1983 against Corrections Defendant Henderson; and (2) a First Amendment retaliation claim pursuant to 42 U.S.C. § 1983 against Corrections Defendants Bennett and Day.

IT IS FURTHER ORDERED that remaining Defendants shall file an answer to the remaining claims by **February 8, 2022.**

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge